# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JACOB ENGEL,

        Plaintiff,

-vs-                              Case No. 6:09-mc-67-Orl-28KRS

HEALTH SCIENCES GROUP, INC.,

        Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Entry of Final Garnishment Judgment (Doc. No. 15) filed September 15, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 6, 2009 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Amended Motion for Entry of Final Garnishment Judgment (Doc. No. 15) is **GRANTED**.

3. Final Judgment in favor of Plaintiff Jacob Engel and against Branch Banking & Trust Company in the amount of $39,523.09 is hereby entered.

4. The Clerk is directed to enter judgment in accordance with this Order and to thereafter close this file.

**DONE and ORDERED** in Chambers, Orlando, Florida this __29__ day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party